# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2006

Clifford W. Taylor,
Chief Justice

130510

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

FALAMARZ ZAHRAIE, and PARS
PETROLEUM, LTD.,
      Plaintiffs/Counterdefendants-
      Appellants,

v

DARYOUSH ZAHRAIE, and D&F
PETRO, INC.,
      Defendants/Counterplaintiffs-
      Appellees,

and

TURKIA A. MULLIN, and SALEH &
D'ANDREA, P.L.C., d/b/a SALEH
D'ANDREA & MULLIN, P.L.C.,
      Defendants-Appellees.

SC: 130510
COA: 256862
Wayne CC: 02-205707-CK

_____/

      On order of the Court, the application for leave to appeal the December 15, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2006

Clerk

s0522